

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-16-00149-CR**
**No. 10-16-00150-CR**

**EX PARTE HERMAN LEE KINDRED**

**From the County Court at Law No. 2**
**Bell County, Texas**
**Trial Court Nos. 2C8462611-A and 2C88-84642-A**

## MEMORANDUM OPINION

Herman Lee Kindred appeals from the trial court's denial of the relief requested by Kindred in two writs of habeas corpus filed in two separate case numbers in the County Court at Law No. 2 in Bell County, Texas. We have no jurisdiction of appeals from proceedings in Bell County. *See* TEX. GOV'T CODE ANN. § 22.201(k) (West 2004).[1]

Accordingly, these appeals are dismissed.[2]

---

[1] The Clerk of the Tenth Court of Appeals is ordered to immediately forward a copy of the notice of appeal to the trial court clerk of Bell County. *See* TEX. R. APP. P. 25.1(a).

[2] A motion for rehearing may be filed within 15 days after the judgment of this Court is rendered. *See* TEX. R. APP. P. 49.1. If the appellant desires to have the decision of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days after

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeals dismissed
Opinion delivered and filed May 19, 2016
Do not publish
[CR25]



---

either the day this Court's judgment was rendered or the day the last timely motion for rehearing was overruled by this Court.  *See* TEX. R. APP. P. 68.2(a).